FID # 9932521

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Jonathan M. Pippin<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 1:15 MJ 9152 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan M. Pippin ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956 Laundering of Monetary Instruments

18 U.S.C. § 1957 Engaging in Monetary Transactions

18 U.S.C. § 1343 Wire Fraud

Date: 10.30.15

*Issuing officer's signature*

City and state: Cleveland, Ohio

William H. Baughman, Jr., Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 12/18/15
at *(city and state)* _____.

Date: _____

*Arresting officer's signature* — for USSS

M Hebert SDUSM
*Printed name and title*